

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2020

No. 04-18-00747-CV

Marcelo **GALVAN** Jr. and Analicia R. Galvan,
Appellants

v.

Cledson Macedo **DE CARVALHO**, Kristina Carvalho and Jagaland Co., LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001835-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Motion for Rehearing is hereby GRANTED. Time is extended to March 23, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court